255 So.2d 351

Mertice MAXEY

v.

AETNA CASUALTY & SURETY
COMPANY et al.

No. 51928.

Dec. 2, 1971.

In re: Mertice Maxey applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Sabine. 255 So.2d 120.

Writ refused. The result is correct.

255 So.2d 351

WESTERN SURETY COMPANY

v.

AVOYELLES FARMERS CO-OPERA-
TIVE et al.

No. 51927.

Dec. 2, 1971.

In re: Sweetlake Land and Oil Company, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Jefferson Davis. 255 So.2d 116.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.